**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KRISTINA QUARLES,**                                                                                     **PLAINTIFF**
**ADC #760441**

**VS.**                                             **4:15CV00376-BRW-JTK**

**JOYCE JOHNSON,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

1. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

2. If Plaintiff wants to continue this case, she must submit the statutory filing fee of $400.00[1] to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of June, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Effective May 1, 2013, the cost for filing a new civil case increased to $400, due to the implementation of a new $50 administrative fee.